



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

.O C. MANN
KEY GENERAL

February 23, 1939

Hon. Bert Ford, Administrator
Texas Liquor Control Board
Austin, Texas

Dear Mr. Ford:

Opinion No. O-842.
Re: "Taxpaying citizen of this State"
as used in the Texas Liquor Con-
trol Act, means "citizen of the
United States."

Your inquiry of recent date has been placed on my desk for attention.

You ask, "Does 'taxpaying citizen of this State' as used in the Texas Liquor Control Act, impose the restriction that one must be a citizen of the United States?"

While it is recognized that one may be a citizen of this State and not a citizen of the United States, yet in view of the purposes of the Liquor Control Act, we are of the opinion that your question should be answered, yes.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By A. S. Rollins
Assistant

ASR:PBP

APPROVED:

ATTORNEY GENERAL OF TEXAS